(105 So. 423)

## W. R. SYPHURS v. STATE.   (6 Div. 663.)

(Court of Appeals of Alabama.   June 30, 1925. Rehearing Denied Aug. 4, 1925.)

Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge.

Violating prohibition law.

Pinkney Scott, of Bessemer, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. This is a companion case to E. N. Syphurs v. State, ante, p. 69, 105 So. 423, present term; it being tried with said case, and there being the same testimony, and but one transcript for both cases on this appeal. Upon the authority of that case, the judgment of conviction is affirmed.

Affirmed.